# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN WILBURN,<br><br>    Plaintiff,<br><br>v.<br><br>ROSE MARIE DIANN,<br><br>    Defendant. | Case No. 1:18-cv-01153-DAD-EPG<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

On August 27, 2018, Deborah Ann Wilburn ("Plaintiff"), proceeding pro se, commenced this action by filing a Complaint against Rose Marie Diann ("Defendant"). (ECF No. 1.) Plaintiff alleges that Defendant was her case manager, and that Defendant sold her personal information and told her whereabouts to Jimmy Homando, a parolee. *Id.* Plaintiff further alleges that Defendant and Homando have been harassing her. *Id.*

On August 27, 2018, Plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On August 29, 2018, finding that Plaintiff failed to demonstrate that she is unable to pay the required filing fee due to poverty or indigence, the Court issued an order denying the application. (ECF No. 3.) The order directed Plaintiff to file an amended application to proceed *in forma pauperis* within fourteen days, and provided, "No requests for extension will be granted without a showing of good cause. Failure to timely comply with this order will result in a recommendation that this action be dismissed." *Id.* The time period has expired, and Plaintiff failed to pay the filing fee, submit an application to proceed *in forma pauperis*, or otherwise respond to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1

1. This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an amended application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and
2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 5, 2018**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE