# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN WILBURN,<br><br>Plaintiff,<br><br>v.<br><br>ROSE MARIE DIANN,<br><br>Defendant. | Case No. 1:18-cv-01153-DAD-EPG<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF NO. 4)**<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

  Deborah Ann Wilburn ("Plaintiff") is proceeding *pro se* in this action. (ECF No. 1). On August 27, 2018, Plaintiff filed an application to proceed *in forma pauperis*, (ECF No. 2), which the Court denied without prejudice, (ECF No. 3). The Court directed Plaintiff to file an amended application to proceed *in forma pauperis* within fourteen days. *Id.* Plaintiff failed to timely file an amended application, and on October 5, 2018, the Court issued findings and recommendation recommending that this action be dismissed. (ECF No. 4).

\\\
\\\
\\\
\\\
\\\
\\\

1

On October 22, 2018, Plaintiff filed an amended application to proceed *in forma pauperis*. (ECF No. 5.) In her amended application, Plaintiff makes the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed *in forma pauperis* is GRANTED, and the findings and recommendations issued on October 5, 2018, (ECF No. 4), are VACATED.

IT IS SO ORDERED.

Dated: __**October 24, 2018**__ /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE